UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
February 7, 2006

No. 06-304
CR-00-33

In Re: DESI ARNEZ GLASPY

     Movant

---------
O R D E R
---------

     Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

     The Court denies the motion.

     Entered at the direction of Judge Motz with the concurrence of Judge Traxler and Judge Duncan.

For the Court,

/s/ Patricia S. Connor
_____
         CLERK